# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 15, 15A, 15C & 15D, AFL-CIO et al.

V.

On-Par Contracting Corp.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**08 CIV. 1043**

TO: (Name and address of defendant)

On-Par Contracting Corp.
230 South Fifth Avenue
Mt. Vernon, New York 10550

JUDGE ROBINSON

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

(BY) DEPUTY CLERK

FEB - 1 2008

DATE

Index # 08 civ. 1043
Purchased/Filed: February 1, 2008

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York         U. S. District Court         Southern Dist. County

The Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds; et al         Plaintiff

against

On-ParContracting Corp.         Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY         )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age: 24
Weight: 215    Height: 6'1    Sex: male    Color of skin: White
Hair color: Brown    Other:

Robin Brandow, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on February 6, 2008, at 12:50pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action & Complaint on On-ParContracting Corp., the Defendant in this action, by delivering to and leaving with Chad Matice, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

6th day of February, 2008

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

Invoice•Work Order # 0802326