Robinson, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, ROBERT SHAW, RUSSELL SHAW
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

**STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE**

Plaintiffs,

-against-

ON-PAR CONTRACTING CORP.,

Defendant.
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party is an infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued without prejudice as against Defendant ON-PAR CONTRACTING CORP. and without costs to either parties as against the others. This Stipulation may be filed without further notice with the Clerk of the Court.

*Case Closed*

Dated: Hastings-on-Hudson, New York
        June 10, 2008

BRADY McGUIRE & STEINBERG, P.C.

By: James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
(914) 478-4293

So Ordered:

_____
The Honorable Stephen C. Robinson, U.S.D.J.

GEORGOULIS & ASSOCIATES, PLLC

By: Michael McDermott (MM-____)
Attorneys for Defendant
45 Broadway, 14th Floor
New York, New York 10006
(212) 425-7854

DATED June 20, 2008

FILED